UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

2:23-cv-62-TBM-RPM

Apr 27 2023

ARTHUR JOHNSTON, CLERK

Date. 4-25-2023

Case #

Adrain Barnes -VS- Forrest County jail

On grounds of civil action or dismissed of case or A bond reduction.

I Adrain barnes have been in Forrest county jail since November 22-2022 with out a bond reduction for the last 6 months so I am writting circuit courts of Hattiesburg M.S. In regards of not getting a bond reduction for every 30 days. By law my due process and the lack of legal process of forrest county my rights where violated. By law in the state of M.S. this should have been and /or be grounds for a bond reduction or a civil suit and/or fedival suit, with dismissed of pending case.

Sincerely Submitted
Adrain Barnes