IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ADRAIN BARNES**                                                                                               **PETITIONER**

**v.**                                                                  **CIVIL ACTION NO. 2:23-cv-62-TBM-RPM**

**FORREST COUNTY JAIL**                                                                                    **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

IT IS ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 29th day of September, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE